IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Christopher P | Case Number: 05 B 18876 |
| | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | Filed: 5/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: July 31, 2008
Confirmed: July 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,607.40 | |
| Secured: | | 0.00 |
| Unsecured: | | 935.10 |
| Priority: | | 0.00 |
| Administrative: | | 2,474.20 |
| Trustee Fee: | | 190.70 |
| Other Funds: | | 7.40 |
| Totals: | 3,607.40 | 3,607.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,474.20 | 2,474.20 |
| 2. | Plains Commerce Bank | Unsecured | 55.40 | 81.71 |
| 3. | America's Financial Choice Inc | Unsecured | 44.06 | 64.99 |
| 4. | United States Dept Of Education | Unsecured | 519.73 | 766.93 |
| 5. | Nicor Gas | Unsecured | 14.56 | 21.47 |
| 6. | Saxon Mortgage Services Inc | Secured | | No Claim Filed |
| 7. | MCI | Unsecured | | No Claim Filed |
| 8. | Arch Wireless | Unsecured | | No Claim Filed |
| 9. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 10. | Ameritech | Unsecured | | No Claim Filed |
| 11. | First Premier | Unsecured | | No Claim Filed |
| 12. | Circuit Court of Cook County | Unsecured | | No Claim Filed |
| 13. | Circuit Court of Cook County | Unsecured | | No Claim Filed |
| 14. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 15. | United Cash Loans | Unsecured | | No Claim Filed |
| 16. | SBC | Unsecured | | No Claim Filed |
| 17. | Professional Account Management | Unsecured | | No Claim Filed |
| 18. | Oxford Collection Service | Unsecured | | No Claim Filed |
| 19. | Sprint | Unsecured | | No Claim Filed |
| 20. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| 21. | CBT Aspire | Unsecured | | No Claim Filed |
| 22. | Auto Title Lenders Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,107.95 | $ 3,409.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Christopher P

Printed: 9/3/08

Case Number: 05 B 18876
Judge: Hollis, Pamela S
Filed: 5/11/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 6.07 |
| 5.5% | 26.19 |
| 5% | 7.89 |
| 4.8% | 15.13 |
| 5.4% | 116.54 |
| 6.5% | 18.88 |
|  | _____ |
|  | $ 190.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

